UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:10-CR-00051-RCJ-RAM |
| v. | ) |
| STEPHEN E. LOUGHMAN, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on May 5, 2010, against STEPHEN E. LOUGHMAN,, Defendant herein.

This dismissal is warranted due to plea negotiations entered into by the parties. As a result of the Defendant entering a plea of guilty to a sole count Superseding Misdemeanor Information filed on December 16, 2010, the Government agreed to dismiss the indictment. Defendant entered a plea of guilty to the sole count Superseding Misdemeanor Information on January 6, 2011, and was sentenced on March 24, 2011

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: _____
WILLIAM R. REED
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 3-31-11

_____
UNITED STATES DISTRICT JUDGE